APPEAL NO. 78-368. IN RE TRACY; IN RE WENDY. The motion of the Public Defender for stay of the decree of the

Family Court pending appeal is granted. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, appellant-respondent.